# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1582
_____

CREDIT ACCEPTANCE
CORPORATION,

Appellant,

v.

DEWAYNE L. BAKER,

Appellee.

_____

On appeal from the County Court for Leon County.
Augustus D. Aikens, Judge.

October 1, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) (holding that appellate courts generally cannot "reasonably conclude that the trial court so misconceived the law as to require reversal . . . without a record of the trial proceedings"); *Spaulding v. Spaulding*, 326 So. 3d 186, 187 (Fla. 1st DCA 2021) (holding that the appellant waived the claim of fundamental error by not arguing it on appeal).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Matthew T. Mitchell of Burr & Forman LLP, Birmingham, Alabama, for Appellant.

Dewayne L. Baker, pro se, Appellee.